UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | No. 00-302 "S" |
| TERRY KEITH HARRISON | * | SECTION: "S" |

**MOTION TO ENROLL**
**AND INCORPORATED MEMORANDUM**

Undersigned counsel respectfully requests that this Honorable Court permit him to enroll in the record of this matter as counsel for the defendant. The undersigned counsel has been retained by the defendant to represent him with regard to contemplated motions arising from recent amendment to the Sentencing Guidelines.

**WHEREFORE**, the undersigned respectfully requests he be permitted to enter into the record as counsel for the defendant.

Respectfully submitted this <u>8th</u> day of January, 2008.

<u>/s/John Harvey Craft</u>
JOHN HARVEY CRAFT
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-9322
LA No. 4540
Email: jhcraft@bellsouth.net

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Letten, United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.


/s/John Harvey Craft
JOHN HARVEY CRAFT