UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | No. 00-302 "S" |
| TERRY KEITH HARRISON | * | SECTION: "S" |

**ORDER**

The foregoing motion considered, John Harvey Craft is hereby permitted to enroll in the record of this matter as counsel for the defendant.

New Orleans, Louisiana, this ____ day of January, 2008.

_____
United States District Judge