UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | No. 00-302 "S" |
| TERRY KEITH HARRISON | * | SECTION: "S" |

**ORDER**

The foregoing motion considered, John Harvey Craft is hereby permitted to enroll in the record of this matter as counsel for the defendant.

New Orleans, Louisiana, this  9th  day of January, 2008.

_____
United States District Judge