UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | No. 00-302 "S" |
| TERRY KEITH HARRISON | * | SECTION: "S" |

**MOTION FOR REDUCTION OF SENTENCE**
**AND INCORPORATED MEMORANDUM**

Through undersigned counsel, the defendant in this case, Terry Keith Harrison, respectfully moves that this Honorable Court reduce the sentence previously imposed. A reduction in sentence is appropriate for the following reasons:

In 2000, Mr. Harrison was charged in a two count indictment with offenses involving approximately eighty-two grams of crack cocaine. On November 30, 2000, he pled guilty to that indictment. On April 4, 2001, he was sentenced to a term of 136 months in the custody of the Bureau of Prisons. He was sentenced in accordance with the Sentencing Guidelines then in effect.

The Sentencing Commission has revised the guidelines for offenses involving crack cocaine. The revised guidelines call for guidelines two levels lower than those in

effect at the time of Mr. Harrison's sentencing. The Sentencing Commission further provided that the revised guidelines are to be given retroactive effect. Because of the rules involving promulgation of new guidelines, that retroactive application is in effect as to the date of this filing, March 3, 2008.

Although Mr. Harrison's sentence remains affected by a statutory minimum of ten years, a two level reduction in guideline level will bear a substantial effect on the sentence. A reduction is this case would not be nugatory.

**Therefore**, it is urged that this Honorable Court adjust the sentence in thos case to reflect the retroactive application of the sentencing guidelines as amended.

Respectfully submitted this <u>3rd</u> day of March, 2008.

/s/John Harvey Craft
JOHN HARVEY CRAFT
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-9322
LA No. 4540
Email: jhcraft@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Letten, United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/John Harvey Craft
JOHN HARVEY CRAFT