UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | No. 00-302 "S" |
| TERRY KEITH HARRISON | * | SECTION: "S" |

**ORDER**

The motion to reduce sentence is hereby granted as more particularly detailed in a separately issued revised Judgment.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE