AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TERRY HARRISON ) | Case No: 00-0302 |
| ) | USM No: 26854-034 |
| Date of Previous Judgment: April 5, 2001 ) | Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 136 months (count(s) 1 and 2) **is reduced to 120 months.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31                 Amended Offense Level: 29
Criminal History Category: II              Criminal History Category: II
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 97 to 121 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):  If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated April 5, 2001 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: March 31, 2008

Judge's signature

Effective Date: April 10, 2008
(if different from order date)

Mary Ann Vial Lemmon, United States District Judge
Printed name and title